No. P67/34.—Lipper & Mann, Inc. v. United States, protests 64/4944, etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of tea cups and saucers and after-dinner cups and saucers similar in all material re-

spects to those the subject of *W. Kay Co., Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484) and *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.